COMMONWEALTH of Pennsylvania,
Respondent

v.

James HARDING, Petitioner.

Supreme Court of Pennsylvania.

Oct. 29, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2012, the Application for Relief and the Petition for Allowance of Appeal are **DENIED.**

■

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Ryheeme Robert WOOD, Respondent.

Supreme Court of Pennsylvania.

Oct. 31, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of October, 2012, the Respondent's Petition for Leave to File an Answer to PAA Nunc Pro Tunc is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**